Malcolm A. Heinicke (State Bar No. 194174)
Munger, Tolles & Olson LLP
Malcolm.Heinicke@mto.com
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

OF COUNSEL
James P. McLoughlin, Jr. (N.C. Bar No. 13795)
jimmcloughlin@mvalaw.com
Alton L. Gwaltney, III (N.C. Bar No. 32394)
larrygwaltney@mvalaw.com
Mark A. Nebrig (N.C. Bar No. 28710)
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Telephone: (704) 331-1000
Facsimile: (704) 331-1059

Attorneys for Defendants
REXAM, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| BERENICE ANGOTTI, DANIEL BORRERO, RALPH E. COWLEY, JACK GRIFFITH, DONALD S. MUELLER, KENT D. RUSSELL, SR., BERNARD W. SCHREINER, and RAYMOND VALLI, on Behalf of Themselves and Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>REXAM, INC. and REXAM, INC. PENSION AND BENEFITS COMMITTEE,<br><br>Defendants. | Case No. 4:05-CV-05264-CW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE HEARINGS ON MOTIONS TO TRANSFER AND SET EXPEDITED BRIEFING SCHEDULE**<br><br>Date: January 27, 2006<br>Time: 10:00 a.m.<br>Courtroom: 2<br><br>**HONORABLE CLAUDIA WILKEN** |

1  WHEREAS, Defendant filed a Motion to Transfer to the Eastern District of
2  Missouri Pursuant to 28 U.S.C. § 1404(a) on December 21, 2005 ( "Transfer Motion I");
3  WHEREAS, pursuant to the Civil Local Rules, Defendant noticed a hearing on
4  Transfer Motion I on January 27, 2006;
5  WHEREAS, defendant intends to file a Motion to Transfer to the District of
6  Minnesota Pursuant 28 U.S.C. § 1404(a) by January 10, 2006 ("Transfer Motion II");
7  WHEREAS Plaintiffs' response to Transfer Motion I is due January 6, 2006, and
8  the parties have agreed to an extension of this deadline and an associated consolidation of the
9  briefing and hearing schedule for Transfer Motion I and Transfer Motion II;
10 WHEREAS, the parties desire to retain the currently scheduled hearing date of
11 January 27, 2006 and consolidate the hearing of both Transfer Motions to that date;
12 WHEREAS, hearing both Transfer Motion I and Transfer Motion II on January
13 27, 2006 would necessarily result in an expedited schedule because Transfer Motion II has not
14 been filed and therefore could not be filed thirty-five days in advance of the already noticed
15 January 27, 2006 hearing date for Transfer Motion I;
16 WHEREAS, pursuant to Civil Local Rule 6-2(a), the reason for this request is so
17 that the two motions can be heard at once and under the original schedule; there have been no
18 changes in the schedule on these motions in the past, and this change would likely expedite
19 resolution of the transfer issues; and
20 WHEREAS, the parties through their counsel of record stipulate to an order as
21 follows:
22 ///
23 ///
24 ///
25
26
27
28

CHAR2\903594v1   - 2 -   STIP. TO CONTINUE HEARING DATE
AND CONSOLIDATE CMC. C 05-1298 PJH

1  Defendant's Motion to Transfer to the District of Minnesota (Transfer Motion II)
2  shall be served and filed on or before January 10, 2006 with service on Plaintiffs' counsel to be
3  accomplished not later than noon on January 10, 2006;

4  Plaintiffs' Consolidated Response to Defendant's Motions to Transfer shall be
5  served and filed on January 18, 2006;

6  Defendant's Consolidated Reply shall be served and filed on January 24, 2006;
7  and

8  The hearing on both Transfer Motions shall be held on Friday January 27, 2006, at
9  10:00 a.m., or as soon thereafter as possible. Other than as set forth in this Order, the Local Rules
10 of Court and other pertinent rules shall govern the pleadings filed in connection with the Motion
11 to Transfer.

13 DATED: January 6, 2006                    MOORE & VAN ALLEN, LLP

15                                            By: _____
16                                                ALTON L. GWALTNEY, III

17                                            Attorneys for Defendant
                                              REXAM, INC.

19 DATED: January 6, 2006                    O'DONOGHUE & O'DONOGHUE LLP

21                                            By: _____
                                                  SALLY M. TEDROW
22
                                              Attorneys for Plaintiffs

24 PURSUANT TO STIPULATION, IT IS SO ORDERED.
25      1/10/06
26 Dated: _____
                                              GRANTED
                                              Judge Claudia Wilken
27                                            HONORABLE CLAUDIA WILKEN
                                              UNITED STATES DISTRICT JUDGE

1151868. 1CHAR2\903594v1         - 3 -        STIP. TO CONTINUE HEARING DATE
                                              AND CONSOLIDATE CMC. C 05-1298 PJH