1  Malcolm A. Heinicke (State Bar No. 194174)
   Munger, Tolles & Olson LLP
2  Malcolm.Heinicke@mto.com
   560 Mission Street
3  Twenty-Seventh Floor
   San Francisco, CA  94105-2907
4  Telephone:  (415) 512-4000
   Facsimile:  (415) 512-4077
5

6  OF COUNSEL
7  James P. McLoughlin, Jr. (N.C. Bar No. 13795)
   jimmcloughlin@mvalaw.com
8  Alton L. Gwaltney, III (N.C. Bar No. 32394)
   larrygwaltney@mvalaw.com
9  Mark A. Nebrig (N.C. Bar No. 28710)
   MOORE & VAN ALLEN PLLC
10 100 North Tryon Street, Suite 4700
   Charlotte, NC  28202-4003
11 Telephone:  (704) 331-1000
   Facsimile:  (704) 331-1059
12

13 Attorneys for Defendants
   REXAM, INC.
14

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| BERENICE ANGOTTI, DANIEL BORRERO, RALPH E. COWLEY, JACK GRIFFITH, DONALD S. MUELLER, KENT D. RUSSELL, SR., BERNARD W. SCHREINER, and RAYMOND VALLI, on Behalf of Themselves and Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>REXAM, INC. and REXAM, INC. PENSION AND BENEFITS COMMITTEE,<br><br>Defendants. | Case No. 4:05-CV-05264-CW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR RESPONSE AND REPLY AND CONTINUE HEARING DATE FOR PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: April 28, 2006<br>Time: 10:00 a.m.<br>Courtroom: 2<br><br>**HONORABLE CLAUDIA WILKEN** |

CHAR2\914334v1

STIP. TO EXTEND TIME FOR RESPONSE
AND REPLY AND CONTINUE HEARING
DATE--PRELIMINARY INJUNCTION

1     WHEREAS, Plaintiffs filed a Renewed Motion for a Preliminary Injunction on
2 March 6, 2006 ("Preliminary Injunction");
3     WHEREAS, pursuant to the Civil Local Rules, Plaintiffs noticed a hearing on the
4 Preliminary Injunction on April 7, 2006;
5     WHEREAS Defendant's response to Preliminary Injunction is due March 17,
6 2006, and Plaintiffs' reply is due March 24, 2006
7     WHEREAS the parties have agreed to an extension of these deadlines and
8 continuation of the hearing schedule for the Preliminary Injunction;
9     WHEREAS, the parties through their counsel of record stipulate to an order as
10 follows:
11     Defendant's Response to Renewed Motion for Preliminary Injunction shall be
12 filed on or before March 31, 2006;
13     Plaintiffs' Reply shall be filed on or before April 14, 2006;
14     The hearing on the Renewed Motion for Preliminary Injunction will be held on
15 Friday April 28, 2006, at 10:00 a.m., or as soon thereafter as possible. Other than as set forth in
16 this Order, the Local Rules of Court and other pertinent rules shall govern the pleadings filed in
17 connection with the Renewed Motion for Preliminary Injunction.

```
 1  DATED: March 14, 2006                MOORE & VAN ALLEN, LLP
 2
 3                                       By: s/Alton L. Gwaltney, III
                                              ALTON L. GWALTNEY, III
 4
                                         Attorneys for Defendant
 5                                       REXAM, INC.
 6
    DATED: March 14, 2006                O'DONOGHUE & O'DONOGHUE LLP
 7
 8
                                         By: s/Francis J. Martorana
 9                                            FRANCIS J. MARTORANA
10                                       Attorneys for Plaintiffs
11
12  PURSUANT TO STIPULATION, IT IS SO ORDERED.
13            3/16/06
    Dated: _____        _____
14                                       [signature: Claudia Wilken]
                                         HONORABLE CLAUDIA WILKEN
15                                       UNITED STATES DISTRICT JUDGE
16
17
18
19
20
21
22
23
24
25
26
27
28
    CHAR2\914334v1                - 3 -        STIP. TO EXTEND TIME FOR RESPONSE
                                                AND REPLY AND CONTINUE HEARING
                                                DATE--PRELIMINARY INJUNCTION
```