SALLY M. TEDROW (admitted *pro hac vice*)
stedrow@odonoghuelaw.com
FRANCIS J. MARTORANA (admitted *pro hac vice*)
fmartorana@odonoghuelaw.com
O'DONOGHUE & O'DONOGHUE LLP
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016
Telephone: (202) 362-0041
Facsimile: (202) 237-1200

Attorneys for Plaintiffs
BERENICE ANGOTTI, ET AL.


JAMES P. McLOUGHLIN, JR. (admitted *pro hac vice*)
jimmcloughlin@mvalaw.com
ALTON L. GWALTNEY, III (admitted *pro hac vice*)
larrygwaltney@mvalaw.com
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Telephone: (704) 331-1000
Facsimile: (704) 331-1059

Attorneys for Defendant
REXAM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BERENICE ANGOTTI, DANIEL BORRERO, RALPH E. COWLEY, JACK GRIFFITH, DONALD S. MUELLER, KENT D. RUSSELL, SR., BERNARD W. SCHREINER, and RAYMOND VALLI, on Behalf of Themselves and Others Similarly Situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>REXAM INC.,<br><br>        Defendant. | CASE NO. 4:05-CV-05264-CW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DEFENDANT REXAM INC.'S SECOND AMENDED ANSWER AND COUNTERCLAIM**<br><br><br>Judge:    The Honorable Claudia Wilken |

1194976.1

STIPULATION RE: DEFENDANT
REXAM'S SECOND AMENDED ANSWER;
CASE NO. 4:05-CV-05264-CW

1     WHEREAS, Defendant Rexam wishes to file the amended answer and counterclaim, attached hereto as Exhibit A, which adds a defense based on the doctrine of novation and makes no other substantive changes to the last filed version of the answer and counterclaim; and

    WHEREAS, without conceding the validity of this defense in any way, Plaintiffs stipulate to the filing of this Second Amended Answer and Counterclaim;

    IT IS HEREBY STIPULATED that the Second Amended Answer attached hereto as Exhibit A may be filed and will then be deemed the currently operative answer and counterclaim in this matter.

DATED: July 14, 2006　　　　　　　　　　　O'DONOGHUE & O'DONOGHUE LLP


By: /s/ Sally Tedrow
　　　　SALLY M. TEDROW

Attorneys for Plaintiffs
BERENICE ANGOTTI, ET AL.

DATED: July 14, 2006　　　　　　　　　　　MOORE & VAN ALLEN PLLC


By: /s/ Alton L. Gwaltney
　　　　ALTON L. GWALTNEY

Attorneys for Defendant
REXAM, INC.

    PURSUANT TO STIPULATION, IT IS SO ORDERED. Defendant shall separately file the amended answer and counterclaim attached to this stipulation, and that answer and counterclaim shall be the operative answer in this matter when filed.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Claudia Wilken
　　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE CLAUDIA WILKEN