JAMES P. McLOUGHLIN, JR. (admitted *pro hac vice*)
jimmcloughlin@mvalaw.com
ALTON L. GWALTNEY, III (admitted *pro hac vice*)
larrygwaltney@mvalaw.com
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Telephone: (704) 331-1000
Facsimile: (704) 331-1059

Attorneys for Defendant
REXAM, INC.


SALLY M. TEDROW (admitted *pro hac vice*)
stedrow@odonoghuelaw.com
FRANCIS J. MARTORANA (admitted *pro hac vice*)
fmartorana@odonoghuelaw.com
O'DONOGHUE & O'DONOGHUE LLP
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016
Telephone: (202) 362-0041
Facsimile: (202) 237-1200

Attorneys for Plaintiffs
BERENICE ANGOTTI, ET AL.


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| BERENICE ANGOTTI, DANIEL BORRERO, RALPH E. COWLEY, JACK GRIFFITH, DONALD S. MUELLER, KENT D. RUSSELL, SR., BERNARD W. SCHREINER, and RAYMOND VALLI, on Behalf of Themselves and Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>REXAM INC.,<br><br>Defendant. | CASE NO. 4:05-CV-05264-CW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CLASS NOTICE**<br><br><br>Judge:   The Honorable Claudia Wilken |

CHAR2\944783v1

STIPULATION RE: CLASS NOTICE
CASE NO. 4:05-CV-05264-CW

1  WHEREAS, on August 15, 2006, the Court authorized Defendant Rexam, Inc.
2  ("Rexam") to distribute a notice to putative class members explaining the terms of the Court's
3  June 14, 2006 Preliminary Injunction and further explaining the procedures Rexam was taking
4  to implement the terms of the Preliminary Injunction;

5  WHEREAS, Rexam has prepared a notice, has sought and received the input of
6  counsel for Plaintiffs, and has made changes based on that input;

7  WHEREAS, Rexam and counsel for Plaintiffs have reached agreement that the
8  notice attached as Exhibit 1 to this Joint Motion (hereinafter "Class Notice") is acceptable;

9  IT IS HEREBY STIPULATED that the Class Notice is consistent with the Court's
10 Preliminary Injunction Order and associated Orders. Therefore, the parties, through their counsel
11 of record, respectfully request that the Court approve the Class Notice and authorize Rexam to
12 mail the Class Notice to the members of the putative class.

13 DATED: August 23, 2006                    MOORE & VAN ALLEN PLLC

15                                          By: /s/ Alton L. Gwaltney, III
16                                              ALTON L. GWALTNEY, III

17                                          Attorneys for Defendant
                                            REXAM, INC.

18 DATED: August 23, 2006                    O'DONOGHUE & O'DONOGHUE LLP

20                                          By: /s/ Sally M. Tedrow
21                                              SALLY M. TEDROW

22                                          Attorneys for Plaintiffs
                                            BERENICE ANGOTTI, ET AL.

24 PURSUANT TO STIPULATION, IT IS SO ORDERED. The Class Notice
25 attached as Exhibit 1 to the Joint Motion is approved, and Rexam is hereby authorized to mail the
26 Class Notice to the members of the putative class.

27 8/28/06

                                            _____
                                            THE HONORABLE CLAUDIA WILKEN