1  SALLY M. TEDROW (admitted *pro hac vice*)
   *stedrow@odonoghuelaw.com*
2  FRANCIS J. MARTORANA (admitted *pro hac vice*)
   *fmartorana@odonoghuelaw.com*
3  O'DONOGHUE & O'DONOGHUE LLP
   4748 Wisconsin Avenue, N.W.
4  Washington, D.C. 20016
   Telephone: (202) 362-0041
5  Facsimile: (202) 237-1200

6  Attorneys for Plaintiffs
   BERENICE ANGOTTI, ET AL.
7

8  JAMES P. McLOUGHLIN, JR. (admitted *pro hac vice*)
   jimmcloughlin@mvalaw.com
9  ALTON L. GWALTNEY, III (admitted *pro hac vice*)
   larrygwaltney@mvalaw.com
10 MOORE & VAN ALLEN PLLC
   100 North Tryon Street, Suite 4700
11 Charlotte, NC 28202-4003
   Telephone: (704) 331-1000
12 Facsimile: (704) 331-1059

13 Attorneys for Defendant
   REXAM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BERENICE ANGOTTI, DANIEL BORRERO, RALPH E. COWLEY, JACK GRIFFITH, DONALD S. MUELLER, KENT D. RUSSELL, SR., BERNARD W. SCHREINER, and RAYMOND VALLI, on Behalf of Themselves and Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>REXAM INC.,<br><br>Defendant. | CASE NO. 4:05-CV-05264-CW<br><br>**STIPULATION AND ORDER RE: VACATION OF CASE MANAGEMENT CONFERENCE AS MODIFIED**<br><br>Date: March 30, 2007<br>Time: 10:00 a.m.<br>**Judge: The Honorable Claudia Wilken** |

1250782.1

STIPULATION RE: CMC;
CASE NO. 4:05-CV-05264-CW

1 WHEREAS, as previously reported by the mediator in this action, Plaintiffs and Defendant Rexam, Inc. have reached a settlement of this class action, which shall be subject to and conditioned on Court approval;

4 WHEREAS, the parties are in the process of finalizing a formal settlement agreement that will memorialize and detail the "term sheet" agreement that they have already executed;

7 WHEREAS, if approved, this settlement will result in the dismissal of this action;

8 WHEREAS, because of efforts to reach settlements in other, similar litigation involving the same counsel, the settlement of this specific case was temporarily delayed;

10 WHEREAS, because under the terms of the Class Action Fairness Act of 2005 and the settlement, the parties will be required to give notice of the settlement to certain government official(s) at or about the time of filing the settlement with this Court, and the preparation of such notice(s) will take additional time;

14 WHEREAS, because the parties to this action anticipate in the near future finalizing and filing a formal settlement agreement in this action and a motion for preliminary approval of the settlement and authorization to notice the class;

17 WHEREAS, at the Case Management Conference scheduled for March 30, the parties planned only to report on the status of the settlement, and do not have any other issues to raise with the Court, and

20 WHEREAS, the parties through their counsel have therefore agreed to an order as follows:

22 IT IS HEREBY STIPULATED that (a) the Case Management Conference scheduled for March 30, 2007 be vacated; (b) all other trial dates and deadlines in this action be vacated, provided either party may seek reinstatement of such deadlines in the future if necessary; and (c) the parties be directed to file a motion for preliminary approval of the settlement agreement or a joint statement explaining why they have not done so, no later than May 25, 2007.

| | | |
|---|---|---|
| 1 | DATED: March 28, 2007 | O'DONOGHUE & O'DONOGHUE LLP |

By: /s/ Sally Tedrow
   SALLY M. TEDROW

Attorneys for Plaintiffs
BERENICE ANGOTTI, ET AL.

DATED: March 28, 2007   MOORE & VAN ALLEN PLLC

By: /s/ Alton L. Gwaltney
   ALTON L. GWALTNEY

Attorneys for Defendant
REXAM, INC.

  PURSUANT TO STIPULATION, IT IS SO ORDERED. The Case Management Conference scheduled for March 30, 2007 is **continued to May 29, 2007 at 2:00 p.m**. All other trial dates and deadlines in this action are vacated, provided either party may seek reinstatement of such deadlines in the future if necessary. The parties are hereby directed to file a motion for preliminary approval of the settlement agreement or a joint statement explaining why they have not done so, no later than May 25, 2007.

3/29/07

THE HONORABLE CLAUDIA WILKEN