SALLY M. TEDROW (admitted *pro hac vice*)
stedrow@odonoghuelaw.com
FRANCIS J. MARTORANA (admitted *pro hac vice*)
fmartorana@odonoghuelaw.com
O'DONOGHUE & O'DONOGHUE LLP
4748 Wisconsin Avenue, N.W.
Washington, D.C.  20016
Telephone:  (202) 362-0041
Facsimile:  (202) 237-1200

Attorneys for Plaintiffs
BERENICE ANGOTTI, et al.

JAMES P. McLOUGHLIN, JR. (admitted *pro hac vice*)
jimmcloughlin@mvalaw.com
ALTON L. GWALTNEY, III (admitted *pro hac vice*)
larrygwaltney@mvalaw.com
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC  28202-4003
Telephone:  (704) 331-1000
Facsimile:  (704) 331-1059

Attorneys for Defendant
REXAM INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| BERENICE ANGOTTI, DANIEL BORRERO, RALPH E. COWLEY, JACK GRIFFITH, DONALD S. MUELLER, KENT D. RUSSELL, SR., BERNARD W. SCHREINER, and RAYMOND VALLI, on Behalf of Themselves and Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>REXAM INC.,<br><br>    Defendant. | CASE NO. 4:05-CV-05264-CW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: HEARING ON JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT   AS MODIFIED**<br><br>Current date:   May 18, 2007<br>Proposed date:  May 4, 2007<br><br>Time:       10:00 a.m.<br>**Judge:      The Honorable Claudia Wilken** |

WHEREAS, as previously reported by the mediator in this action, Plaintiffs and Defendant Rexam, Inc. have reached a settlement of this class action, which shall be subject to and conditioned on Court approval;

WHEREAS, the parties have filed a joint motion for preliminary approval of the settlement and authorization to provide notice to the Class;

WHEREAS, under the standard 35-day notice procedure for this Court, the parties noticed the hearing on this joint motion for May 18, 2007;

WHEREAS, because the parties will not file any additional pleadings in association with the joint motion and because they would like to expedite the settlement process;

WHEREAS, the parties through their counsel have therefore agreed to an order as follows:

IT IS HEREBY STIPULATED that the hearing on the Joint Motion for Preliminary Approval of Class Action Settlement shall be on May 4, 2007 at 10:00 a.m.

DATED: April 13, 2007

O'DONOGHUE & O'DONOGHUE LLP

By: /s/ Sally M. Tedrow
SALLY M. TEDROW

Attorneys for Plaintiffs
BERENICE ANGOTTI, ET AL.

DATED: April 13, 2007

MOORE & VAN ALLEN PLLC

By: /s/ Alton L. Gwaltney, III
ALTON L. GWALTNEY, III

Attorneys for Defendant
REXAM INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing on the Joint Motion for Preliminary Approval of Class Action Settlement, currently scheduled for hearing on May 18, 2007, shall be on ~~May 4, 2007 at 10:00 a.m.~~ May 3, 2007, at 2:00 p.m.

THE HONORABLE CLAUDIA WILKEN